IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OSCAR STILLEY                                                                    PLAINTIFF

v.                                          No. 4:04CV00780 GH

MIKE BEEBE, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF ARKANSAS                                                DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date granting defendant's motion to dismiss, judgment is entered in favor of defendant.

DATED this 20th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE